# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

**No. 201700007**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## DAISJURR A. SOSVILLE
Aviation Machinist's Mate Airman (E-3), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Bethany L. Payton-O'Brien, JAGC, USN.
Convening Authority: Commanding Officer, Strike Fighter Squadron ONE FIVE FOUR, Lemoore, CA.
Staff Judge Advocate's Recommendation: Lieutenant Commander M.S. Bailey, JAGC, USN.
For Appellant: Captain Armando A. Rodriquez-Feo, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 17 March 2017

———————————————

Before CAMPBELL, HUTCHISON, and ELLINGTON, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court